IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RICARDO SANCHEZ                                                                    PETITIONER

VS.                                             CASE NO. 08-CV-4058

STATE OF ARKANSAS, SEVIER
COUNTY SHERIFF'S DEPARTMENT                                          RESPONDENT

### ORDER

Before the Court is Petitioner's Motion to Dismiss Writ of Habeas Corpus. (Doc. No. 8). In the motion, Petitioner states that the matter before the Court has been settled to his satisfaction as he has been released from the custody of Sevier County Sheriff's Department.  Petitioner asks that his Petition for Writ of Habeas Corpus be dismissed with prejudice.  Upon consideration, the Court finds that the Motion to Dismiss should be and hereby is **granted**.  Accordingly, Petitioner's Original Complaint and Petition for Writ of Habeas Corpus is hereby is **dismissed with prejudice.**  The Court's Writ of Habeas Corpus Ad Testificandum is hereby rescinded.

IT IS SO ORDERED, this 24th day of July, 2008.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge